EMANUEL ALEXIADES, Appellant, *v.* HARRY H. FISHER, Defendant, and ABRAHAM B. SCHEUMANN, Respondent.

(Submitted June 1, 1931, decided June 9, 1931.)

*Louis Rosenberg* for motion.

*Gustave B. Garfield* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless within ten days appellant files undertaking and return and pays ten dollars costs, in which event the motion is denied.